IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:20-CR-00290-01-JM

LESFORD MARK REID

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. No. 56) is DENIED.

Defendant asserts that he is entitled to a sentence reduction based on guideline Amendment 821's retroactive changes to "status points." Applying Amendment 821, Defendant's criminal history score goes from 11 to 10, but his criminal history category remains a category V.[1]

Defendant also seeks compassionate release, but none of the reasons provided (age, medical conditions, etc.) qualify as "extraordinary and compelling" reasons under the Guidelines.

IT IS SO ORDERED this 28th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").